IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES, ROOFERS UNION LOCAL 30 COMBINED HEALTH AND WELFARE FUND, et al. | : : : : | CIVIL ACTION |
| v. | : : : | |
| OLIVETTI ROOFING SYSTEMS CORPORATION, et al. | : : | NO. 19-1793 |

**ORDER**

AND NOW, this 8 day of November, 2019, upon consideration of plaintiffs' Motion for Entry of Judgment by Confession (Doc. 12), and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiffs' Motion for Entry of Judgment by Confession (Doc. 12) is **GRANTED**.

3. The court will enter the Judgement by Confession pursuant to Fed. R. Civ. P. 58

BY THE COURT:

_____
EDUARDO C. ROBRENO,    J.